# *EXHIBIT 1*

## MUTUAL RELEASE AND SEPARATION AGREEMENT

The Agreement, effective as of the date first signed, is made by and between Susan Miles, ("Employee") and Unified School District No. 500, Wyandotte County, Kansas ("Employer").

### WITNESSETH:

**WHEREAS,** Employee is employed by Employer as a teacher pursuant to a written employment contract for the 2016-17 school year; and

**WHEREAS,** the parties have determined it to be in their best interests to enter into this Agreement in order to resolve Employee's employment relationship with Employer; and

**WHEREAS,** Employer and Employee have come to terms that Employee shall separate from the employment by submitting a written resignation to the Employer effective immediately, and have further agreed to the execution of this Agreement in consideration thereof; and

**NOW, THEREFORE,** in consideration of the mutual covenants herein contained, the parties agree as follows:

1. **Employee Status.** It is acknowledged that by execution of this Agreement Employee hereby voluntarily resigns her position with the Employer effective immediately and does hereby waive any right or claim to any notice, due process, or hearing in connection with the termination of her employment. Employee agrees that Employer's obligations and her rights following this separation shall be governed solely by this Agreement. **Employee expressly waives any rights she may have to due process under her employment contract, the negotiated agreement between the certified employees of U.S.D. No. 500 and the Employer, or Kansas statutes.**

2. **Re-Employment.** Employee does hereby agree that she will not file an application or make request for re-employment with Employer now or at any time in the future, and that should any application or request for re-employment with Employer occur it is agreed that this Release and Separation Agreement may serve as the sole and only reason for any denial by Employer for future employment for Employee.

3. **Licensure.** Employer agrees not to initiate an administrative action seeking suspension of Employee's teaching license before the Kansas State Board of Education. Upon any default by Employee, this Agreement shall terminate and Employer shall immediately be entitled, without notice to Employee, to pursue its statutory rights.

4. **References.** Employer, its administrators and board members, will respond to any inquiries from prospective employers regarding Employee's employment by providing (1) the dates of her employment; (2) her pay level; (3) her job description and duties; (4) her wage history, and (5) information that she voluntarily resigned from employment.

1

5. **Payments.** Employee hereby agrees to remit payment in the amount of $9,678.68 to Employer. Payment shall be made at the time Employee executes this Agreement.

6. **Return of Property.** Employee shall remove all of her personal property from Employer property and return all Employer-property to the Employer within one week from the date of Employee's execution of this Agreement unless other arrangements have been made with the Employer. Employee should coordinate the removal of all personal property with the building principal.

7. **In-Service Credits.** Employer agrees to make available to Employee copies of any in-service credits maintained by Employer at Employee's request.

8. **Releases by Employer and Employee.** In consideration of the payment to be made under this Agreement by Employer, Employee on behalf of herself, her successors and assigns, hereby fully releases and discharges Employer, its agents, representatives, officers, directors, employees, employee benefit plans, insurers, successors and assigns (collectively referred to as "Releasees") from all rights, claims and actions which Employee has arising out of, relating to, or in connection with her employment with Employer and separation from her current position, as well as any claim in connection with any past, present or future salary, expenses or other benefits of any kind whatsoever. By signing this Agreement, Employee releases to the Releasees from any such claims whether for discrimination, breach of contract, or any other claim, in law or equity, including but not limited to federal, state or local laws prohibiting discrimination on the basis of age, race, sex or national origin in employment, including claims under Title VII of the Civil Rights Acts of 1964, as amended by the Equal Employment Opportunity Act of 1972, the Civil Rights Act of 1991, 42 U.S.C. §§ 2000e to 2000e-17; the Americans with Disabilities Act, 42 U.S.C. §§ 12101, *et seq.*, the Family and Medical Leave Act, 29 U.S.C. §§ 2601 *et seq.*, The Age Discrimination in Employment Act, 29 U.S.C. §§ 601 *et seq.* and the Kansas Act Against Discrimination K.S.A. 44-1001 *et seq.*; and, the Teacher Due Process Procedure Act, K.S.A. 72-5436 *et seq.*, and any and all state or federal claims, either statutory or by common law; Except as specifically set forth above, nothing in this release shall be construed to assign, alienate, release or waive any benefit which Employee had previously become entitled as a participant in any employee benefit plan. This release is intended as a full release and discharge of all claims of every nature and kind arising out of, relating to, or in connection with Employee's employment with Employer.

    Any claims Employee may be pursuing before the Division of Workers' Compensation for the State of Kansas through her claim captioned <u>Susan M. Miles, v. USD No. 500 Kansas City Kansas Public Schools and USD No. 500</u>, Docket No. 1077516 relating to work-related injuries are specifically excluded and are not resolved or released through this Agreement.

9. **Consultation with Attorney.** Employee on behalf of herself, her heirs, successors and assigns acknowledges that she has had the opportunity to consult with her own legal counsel and seek independent advice prior to this release.

10. **Confidential Information.** It is mutually recognized and acknowledged that Employee has been privy to certain confidential information or data of Employer during the course of her employment, in particular information pertaining to students. Employee agrees that she will not disclose or authorize anyone else to disclose or use or make known for her or another's benefit any confidential information or data of the Employer in any way acquired by her during her employment unless required by law or court order. Employee shall promptly notify the Employer, through its counsel, of all requests or demands for information related to the Employer she receives in connection with any legal, governmental or other proceeding or investigation unless otherwise prohibited by law.

11. **Non-Interference with Business.** Employee agrees that she will deliver to the Employer all copies of data, records, information and knowledge, including without limitation, all documents, correspondence, plans, files note books, reports, sketches, formulas, computer programs, manuals, tapes and all other materials and copies thereof relating in any way to the business of Employer in any way obtained by Employee during the period of her employment with Employer which are in her possession or under her control. Employee further agrees that following termination of her employment with Employer she will not interfere with or attempt to impair the relationship between Employer and any of its employees, patrons or students.

12. **Unemployment Benefits**. Employer will not oppose unemployment benefits if it is necessary for Employee to apply for them.

13. **Acknowledgment.** Both parties hereby acknowledge and affirm that it is their intention to execute this Agreement with each other in good faith. Additionally, Employee acknowledges and affirms that:

    a. Her election to accept this Agreement is entirely voluntary.

    b. She has read and understands this Agreement.

14. **Miscellaneous Provisions.**
    a. **Waiver.** No provision of this Agreement shall be modified, waived or discharged unless the modification, waiver or discharge is agreed to in writing and signed by Employee and by an authorized officer of Employer.

    b. **Severability.** If any portion, provision or part of this Agreement is held or adjudicated to be invalid, unenforceable, or void for any reason whatsoever, each such portion, provision or part shall be severed from the remaining portions, provisions or parts of this Agreement and shall not affect the validity or enforceability of such remaining portions, provisions or parts.

**IN WITNESS WHEREOF,** the parties hereto have caused this Agreement to be executed by their respective duly authorized representatives.

I, SUSAN MILES, AGREE THAT I AM VOLUNTARILY ENTERING INTO THIS BINDING AGREEMENT. I ACKNOWLEDGE THAT MY SEPARATION FROM MY EMPLOYMENT WITH KANSAS CITY, KANSAS UNIFIED SCHOOL DISTRICT NO. 500, WYANDOTTE COUNTY, KANSAS IS EFFECTIVE IN ACCORDANCE WITH THE TERMS SET OUT IN THIS DOCUMENT.

*/s/ Susan Miles*
EMPLOYEE, SUSAN MILES

STATE OF KANSAS      )
                     ) ss.
COUNTY OF Wyandotte  )

Susan Miles, being of lawful age and being first duly sworn, states that she has read and understands this entire release and separation agreement, and that she executes the same voluntarily, knowing, and of her own free will, and that the same is true and binding.

Subscribed and sworn to before me on this __9__ day of January, 2017.

*/s/ Karen L. Brokesh*
Notary Public

My Commission expires: __9-17-17__

KAREN L. BROKESH
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 9-17-17

Dated: January 10, 2017
Attest: */s/ Susan Westfahl*

UNIFIED SCHOOL DISTRICT NO. 500,
WYANDOTTE COUNTY, KANSAS.

By: */s/ Dr. Cuelyn Hill*

4