# EXHIBIT 2

BoardDocs® Pro												Page 1 of 8

**Regular Meeting Agenda (Tuesday, January 10, 2017)**
Generated by Susan E Westfahl on Tuesday, January 10, 2017

**Members present**
Rick D Behrens, Irene Caudillo, Evelyn M Hill, Brenda C Jones

**Meeting called to order at 5:00 PM**

1. Welcome

A. Call to Order - Dr. Evelyn Hill

B. Roll Call

C. Pledge of Allegiance

D. Approval of the Regular Agenda

Motion to approve the regular agenda.

Motion by Irene Caudillo, second by Brenda C Jones.
Final Resolution: Motion Approved
Yes: Rick D Behrens, Irene Caudillo, Evelyn M Hill, Brenda C Jones

2. Consent Agenda

A. Approval of the Consent Agenda

The Kansas City Board of Education move to approve the consent agenda.

Motion to approve the consent agenda.

Motion by Brenda C Jones, second by Irene Caudillo.
Final Resolution: Motion Approved
Yes: Rick D Behrens, Irene Caudillo, Evelyn M Hill, Brenda C Jones

B. Approve Minutes for December 13, 2016, Regular Meeting

Resolution: The Kansas City Board of Education approve the minutes for the December 13, 2016, regular meeting.

Motion to approve the consent agenda.

Motion by Brenda C Jones, second by Irene Caudillo.
Final Resolution: Motion Approved
Yes: Rick D Behrens, Irene Caudillo, Evelyn M Hill, Brenda C Jones

C. Approve Minutes for December 22, 2016, Special Meeting

Resolution: The Kansas City Board of Education approve the minutes for December 22, 2016, special meeting.

Motion to approve the consent agenda.

Motion by Brenda C Jones, second by Irene Caudillo.
Final Resolution: Motion Approved
Yes: Rick D Behrens, Irene Caudillo, Evelyn M Hill, Brenda C Jones

D. Accept Low Bid for Dish Washer and Water Heater Booster for Central Kitchen

Resolution: The Kansas City Board of Education accept the low bid from Edward Don & Company for a dish washer and water heater booster for Central Kitchen in the amount of $22,457.62 as submitted by Dr. Kelli E. Mather, Chief Operating Officer, Robert Young, Executive Director for Business and as recommended by Dr. Cynthia Lane, Superintendent of Schools.

Motion to approve the consent agenda.

Motion by Brenda C Jones, second by Irene Caudillo.
Final Resolution: Motion Approved
Yes: Rick D Behrens, Irene Caudillo, Evelyn M Hill, Brenda C Jones

E. Accept Low Bid for Purchase of Large Kitchen Equipment for Nutritional Services

The Kansas City Board of Education accept the low bid from Edward Don & Company for purchase of large kitchen equipment for Nutritional Services in the amount of $35,535.92 as submitted by Dr. Kelli E. Mather, Chief Operating Officer, Robert Young, Executive Director for Business Services, and as recommenced by Dr. Cynthia Lane, Superintendent of Schools.

Motion to approve the consent agenda.

Motion by Brenda C Jones, second by Irene Caudillo.
Final Resolution: Motion Approved
Yes: Rick D Behrens, Irene Caudillo, Evelyn M Hill, Brenda C Jones

F. Accept Low Bid for Purchase of Baseball Uniforms for Secondary Schools

Resolution: The Kansas City Board of Education accept the low bid meeting the written requirements of the bid document for baseball uniforms for secondary schools from Riddell in the amount of $22,500.00 as submitted by Dr. Kelli E. Mather, Chief Operating Officer, Robert Young, Executive Director of Business, and as recommended by Dr. Cynthia Lane, Superintendent of Schools.

Motion to approve the consent agenda.

Motion by Brenda C Jones, second by Irene Caudillo.
Final Resolution: Motion Approved
Yes: Rick D Behrens, Irene Caudillo, Evelyn M Hill, Brenda C Jones

G. Accept Low Bid for Library Summer Roofing Project

Resolution: The Kansas City Board of Education accept the low bid for roof repairs to the Main Library building in the amount of $315,000.00 from Delta Innovative Services as submitted by Dr. Kelli E. Mather, Chief Operating Officer, Carol Levers, Director of Libraries, Robert Young, Executive Director of Business Services, and as recommended by Dr. Cynthia Lane, Superintendent of Schools.

Motion to approve the consent agenda.

Motion by Brenda C Jones, second by Irene Caudillo.
Final Resolution: Motion Approved
Yes: Rick D Behrens, Irene Caudillo, Evelyn M Hill, Brenda C Jones

H. Accept Low Bid for 2017 District Summer Roofing Projects

Resolution: The Kansas City Board of Education accept the low bids for summer roofing work totaling $1,158,619.00 from Boone Brothers Roofing for roof replacement at Central Middle School for $367,436.00; Kaw Roofing for roof replacement at Douglass Elementary School for $286,910.00; American Roofing for roof replacement at J. C. Harmon High School for $187,973.00; and Cornell Roofing for roof replacement at Wyandotte High School for $316,300.00 as submitted by Dr. Kelli E. Mather, Chief Operating Officer, Robert Young, Executive Director for Business Services, and as recommended by Dr. Cynthia Lane, Superintendent of Schools.

Motion to approve the consent agenda.

Motion by Brenda C Jones, second by Irene Caudillo.
Final Resolution: Motion Approved
Yes: Rick D Behrens, Irene Caudillo, Evelyn M Hill, Brenda C Jones

I. Approve Agreement for Tax and Disclosure Services for the General Obligation Bonds

Resolution: The Kansas City Board of Education approve agreement with Gilmore Bell for tax and disclosure services for the General Obligation Bonds as submitted by Dr. Kelli E. Mather, Chief Operating Officer and as recommended by Dr. Cynthia Lane, Superintendent of Schools.

Motion to approve the consent agenda.

Motion by Brenda C Jones, second by Irene Caudillo.
Final Resolution: Motion Approved
Yes: Rick D Behrens, Irene Caudillo, Evelyn M Hill, Brenda C Jones

J. Accept for Review Calendar Options for the 2017-2018 and 2018-2019 School Years

Resolution: The Kansas City Board of Education accept for review calendar options for the 2017-2018 and the 2018-2019 school years as submitted by Dr. Jayson Strickland, Assistant Superintendent for Secondary, Marcy Clay, Assistant Superintendent EC-5, Alan King, Director of Curriculum, and as recommended by Dr. Cynthia Lane, Superintendent of Schools.

Motion to approve the consent agenda.

Motion by Brenda C Jones, second by Irene Caudillo.
Final Resolution: Motion Approved
Yes: Rick D Behrens, Irene Caudillo, Evelyn M Hill, Brenda C Jones

K. Establish Mileage Reimbursement Rate of 53.5 Cents per Mile

Resolution: The Kansas City Board of Education establish personal-owned vehicle (POV) mileage reimbursement rate of 53.5 cents per mile effective January 1, 2017, consistent with the state and federal rates as submitted by Dr. Kelli E. Mather, Chief Operating Officer and as recommended by Dr. Cynthia Lane, Superintendent of Schools.

Motion to approve the consent agenda.

Motion by Brenda C Jones, second by Irene Caudillo.
Final Resolution: Motion Approved
Yes: Rick D Behrens, Irene Caudillo, Evelyn M Hill, Brenda C Jones

L. Approve Monthly Finance Report

Case 2:17-cv-02685-DDC-TJJ   Document 19-2   Filed 06/20/18   Page 5 of 10

BoardDocs® Pro                                                                    Page 4 of 8

Resolution: The Kansas City Board of Education approve the monthly finance report as submitted by Dr. Kelli E. Mather, Chief Operating Officer, Robert Young, Executive Director of Business, Kristin Woodbury, Director of Finance, and as recommended by Dr. Cynthia Lane, Superintendent of Schools..

Motion to approve the consent agenda.

Motion by Brenda C Jones, second by Irene Caudillo.
Final Resolution: Motion Approved
Yes: Rick D Behrens, Irene Caudillo, Evelyn M Hill, Brenda C Jones

3. Payment of Bills

A. Approve Payment of Bills for K12 and Library

The Kansas City Board of Education approve the payment of bills for K12 and Library as submitted by Dr. Kelli E. Mather, Chief Operating Officer and as recommended by Dr. Cynthia Lane, Superintendent of Schools.

Motion by Rick D Behrens, second by Irene Caudillo.
Final Resolution: Motion Approved
Yes: Rick D Behrens, Irene Caudillo, Evelyn M Hill, Brenda C Jones

B. Approve Payment of Bills for Head Start Program

The Kansas City Board of Education approve the payment of bills for the Head Start program as submitted by Dr. Kelli E. Mather, Chief Operating Officer and as recommended by Dr. Cynthia Lane, Superintendent of Schools.

Motion by Irene Caudillo, second by Brenda C Jones.
Final Resolution: Motion Approved
Yes: Rick D Behrens, Irene Caudillo, Evelyn M Hill, Brenda C Jones

4. Communications

A. Dr. Cynthia Lane, Superintendent of Schools

Comments by Dr. Lane:
- Take a moment and tell your neighbor about a teacher who influenced your life in memory of Mrs. Willis.
- Thanks to all of the teachers in the audience.
- Thanks to the BOE for service to our staff and students.
- Updated Board priorities at your place.
- Prior to winter break, met with Diploma+ steering committee. Business leaders coming together to help with Academies. Partner with district to fill job vacancies.
- Attorney Greg Goheen - negotiations process - moving forward trying to reach agreement - difference in salary schedule. Moved forward with mediator. Two sessions which did not reach agreement. Moving to fact finding session. Henry Cox, fact finding officer. Hope to bring this negotiations session to end before February 15 when we begin negotiating for next year. Current proposal, every teacher would receive a raise.

B. Dr. Evelyn Hill, President

Comments by Dr. Hill:
- Thank you to Board members.
- Thank you to teachers for passion and hard work. Looking forward to reaching agreement.

C. Board Reports

5. Recognitions and Awards

A. Employee of the Month Recognition

The Kansas City Board of Education recognize Loni Elrod, Copy Center Technician from the Central Office and Training Center, and Angela Flatte, Teacher at Coronado Middle School, as Employees of the Month for January 2017 as submitted by Brenda C. Jones, Board member and Chairperson for the Employee of the Month Committee, and as recommended by Dr. Cynthia Lane, Superintendent of Schools.

B. Recognition of State Qualifiers for Fall 2016

The Kansas City Board of Education recognize state qualifiers for Fall 2016 from Harmon High School:
- Vanessa Tirado and Mark Hernandez, Cross Country
- Boys Soccer Team

6. Community Comment

A. Community Comment Policy

B. Carolyn Hummel, Wyandotte High School - Topic: Teacher Retention

C. Katherine Cable, Parker Elementary School - Topic: Utilization of Tax Money

D. Carol Normandin, retired teacher - Topic: Employment Conditions and salary and Benefits

E. Tammy Haught, Whittier Elementary School - Topic: Salary Schedule

F. Katrina Byers, Lindbergh Elementary School - Topic: Teachers

G. Jack Sampel, Wyandotte High School - Topic: Consistency Pertaining to Staff and Students

H. Jo Etta McCluskey, Washington High School - Topic: Teacher Working Conditions

7. Library Communications

A. Carol Levers, Director of Libraries

The Kansas City Board of Education accept as an informational item a report on the public libraries as submitted by Carol Levers, Director of Libraries and as recommended by Dr. Cynthia Lane, Superintendent of Schools.

8. Reports of the Superintendent

A. Approve Public Library Personnel Report and Library Operations Recommendation

The Kansas City Board of Education approve the Public Library Personnel Report and Library Operations Recommendations as submitted by Carol Levers, Director of Libraries and as recommended by Dr. Cynthia Lane, Superintendent of Schools.

Motion by Brenda C Jones, second by Irene Caudillo.
Final Resolution: Motion Approved
Yes: Rick D Behrens, Irene Caudillo, Evelyn M Hill, Brenda C Jones

B. Accept Bond Project Team Update

The Kansas City Board of Education accept a presentation by the Bond Team regarding the process to overcome obstacles in the bond project planning process as submitted by Dr. Kelli E. Mather, Chief Operating Officer and as recommended by Dr. Cynthia Lane, Superintendent of Schools.

C. Accept Update on Cultural Proficiency Training

The Kansas City Board of Education accept as an informational item an update on culture proficiency training as submitted by Dr. Jayson Strickland, Assistant Superintendent for Secondary, Shelly Beech, Director of Workforce Development, Dr. Eva Tucker-Nevels, Executive Director for Secondary, and as recommended by Dr. Cynthia Lane, Superintendent of Schools.

D. Approve Human Resources Report and Recommendations

The Kansas City Board of Education approve the Human Resources Report and Recommendations as submitted by Dr. Kelli E. Mather, Chief Operating Officer and as recommended by Dr. Cynthia Lane, Superintendent of Schools.

Motion by Brenda C Jones, second by Irene Caudillo.
Final Resolution: Motion Approved
Yes: Rick D Behrens, Irene Caudillo, Evelyn M Hill, Brenda C Jones

9. Calendar

A. Upcoming Dates

10. Executive Session

A. Recess To Executive Session for the Following Exceptions to the Kansas Open Meetings Act: Non-Elected Personnel, to protect the privacy interests of an identifiable individual, and Attorney Client Privilege, to protect attorney-client privilege and the public interest

Motion To Recess To Executive Session at 6:40 p.m. for 30 minutes for the Following Exceptions to the Kansas Open Meetings Act:
- Non-Elected Personnel, to protect the privacy interests of an identifiable individual
- Attorney Client Privilege, to protect attorney-client privilege and the public interest

Motion by Irene Caudillo, second by Rick D Behrens.
Final Resolution: Motion Approved
Yes: Rick D Behrens, Irene Caudillo, Evelyn M Hill, Brenda C Jones

Motion to return to regular session at 7:10 p.m. with all members present that were present during roll call and extend executive session by 15 minutes.

Motion by Evelyn M Hill, second by Brenda C Jones.
Motion Approved
Yes: Rick D Behrens, Irene Caudillo, Evelyn M Hill, Branda C Jones

Motion to return to regular session at 7:25 p.m. with all members present that were present during roll call and extend executive session by 15 minutes.

Motion by Evelyn M Hill, second by Brenda C Jones.
Motion Approved
Yes: Rick D Behrens, Irene Caudillo, Evelyn M Hill, Branda C Jones

Motion to return to regular session at 7:40 p.m. with all member present that were present during roll call and extend executive session by 2 minutes.

Motion by Evelyn M Hill, second by Brenda C Jones.
Motion Approved
Yes: Rick D Behrens, Irene Caudillo, Evelyn M Hill, Branda C Jones

Motion to return to regular session at 7:42 p.m. will all members present that were present during the roll call.

Motion by Brenda C Jones, second by Rick D Behrens
Motion Approved
Yes: Rick D Behrens, Irene Caudillo, Evelyn M Hill, Branda C Jones

11. Appeal Hearing Reports

A. Accept Report and Approve Recommendations on Employee #1 Appeal

The Kansas City Board of Education accept the report and approve recommendations on employee #1 appeal.

Motion by Brenda C Jones, second by Irene Caudillo.
Final Resolution: Motion Approved
Yes: Rick D Behrens, Irene Caudillo, Evelyn M Hill, Brenda C Jones

B. Accept Report and Approve Recommendations on Employee #2 Appeal

The Kansas City Board of Education accept the report and approve recommendations on employee #2 appeal.

Motion by Irene Caudillo, second by Rick D Behrens.
Final Resolution: Motion Approved
Yes: Rick D Behrens, Irene Caudillo, Evelyn M Hill, Brenda C Jones

12. Legislative Update

A. David Smith, Chief of Communications and Legislative Affairs

Comments by Mr. Smith regarding the Governor's state of the state address:
- Few specifics
- Asked Legislators to give him a recision bill - take 10 percent from every department
- State budget director - report on Wednesday
- Identifying efficiency
- Modest revenue increases
- Governor reports current tax policy is working - "record business creation" (lost 4,000 jobs) - More LLC's who pay no taxes
- No to medicaid expansion
- Education - create new formula - vouchers - merit pay for teachers - tax scholarships - tax exempt scholarships for private schools

13. Board Discussion

A. Agenda Items for Upcoming Board Meeting
- Move forward to fill empty Board seat. Resolution to publish vacancy.
- Consider naming a school/facility after Mrs. Willis. Naming committee to work on proposal.

B. Commencement Assignments

14. Adjournment

A. Adjournment
Motion to adjourn.

Motion by Brenda C Jones, second by Irene Caudillo.
Final Resolution: Motion Approved
Yes: Rick D Behrens, Irene Caudillo, Evelyn M Hill, Brenda C Jones

January 10, 2017
Board Agenda

## A. EMPLOYMENT (* rehire, **previously substitute teacher)

(1) The following personnel receive a conditional offer of employment contingent upon their successful completion of medical and background check, further subject to KSDE licensing requirements, effective dates indicated: *(Standard substitute teachers must hold a degree and have completed a teacher preparation program. Emergency substitute teachers must have completed a minimum of 60 semester credit hours from a regionally accredited college and/or university.)*

| | | | |
|---|---|---|---|
| Balandran, Tanya (ESL Aide) | $15.90 hourly | 01/09/2017 | 186 days |
| Stark-Corn, Catherine (PT Intervention Tutor) | $21.13 hourly | 01/11/2017 | 186 days |
| Everett, William (Rule 10 Coach) | $2825.00 Supplemental | 03/15/2017 | Assistant Boys BB Coach at Washington High School |

## B. SEPARATION

### Certified Voluntary Separation

(2) The resignation of Frohmberg, Sarah, Teacher, not be accepted, effective January 03, 2017, constituting a breach of contract.

(3) The resignation of Fergerson, Jennifer Instructional Coach to be accepted, effective November 18, 2016, not constituting a breach of contract.

(4) The resignation of Joshua Powell, Teacher, be accepted effective January 05, 2017 not constituting a breach of contract.

(5) The resignation of Susan Miles, Teacher, be accepted effective January 9, 2017 not constituting a breach of contract.

### Certified Involuntary Separation

### Classified Voluntary Separation

(6) The retirement of Enloe, Susan, Secretary be accepted, effective July 01, 2017.and that she be approve for early separation benefits effective July 01, 2017

(7) The resignation of McWilliams, Justin, Rule 10 Coach, to be accepted effective November 10, 2016

(8) The resignation of Michael Adriano, Relief Driver to be accepted effective December 15, 2016

(9) The resignation of Theresa Williams, Senior Training Assistant be accepted effective January 10, 2017.

(10) The resignation of Alisabeth Snow, para, be accepted effective January 01, 2017