# *EXHIBIT 3*



**McAnany, Van Cleave & Phillips, P.A.**
Attorneys at Law Since 1901
Kansas City • St. Louis
Springfield • Omaha • Tulsa

Gregory P. Goheen
Direct Line (913) 573-3325
Email: ggoheen@mvplaw.com

December 12, 2017

*Sent Via Electronic Mail*
Mr. Michael Stipetich
Smith Mohlman Injury Law, LLC
4600 Madison Avenue, Suite 711
Kansas City, Missouri 64112

    Re:    Susan Miles v. USD No. 500, et al.
            Case No. 17-2685-DDC-TJJ
            MVP File No. 2448.3199

Dear Mr. Stipetich:

I am General Counsel for Unified School District No. 500. We are in receipt of the Complaint you filed on behalf of Susan Miles in the United States District Court for the District of Kansas. Ms. Miles' employment with the school district ended as a result of a "Mutual Release and Separation Agreement" entered into by the parties on January 9, 2017, accompanied by Ms. Miles' voluntarily resignation which was accepted by the school district's Board of Education on January 10, 2017. A copy of the Mutual Release and Separation Agreement is enclosed for your review. The Agreement contains a complete release of any and all claims by Ms. Miles and specifically releases the school district from any claims by Ms. Miles under the ADA or FMLA. Again, her resignation was approved by the District's Board of Education at its January 10, 2017 meeting.

It is possible that you were not aware of the enclosed Agreement. However, because of the release signed by Ms. Miles, we ask that you immediately dismiss all claims asserted in your Complaint against USD No. 500 and its employee, Valerie Castillo. Should you fail to voluntarily do so and we are forced to seek dismissal by the Court, we will seek our fees and costs associated with doing so.

Thank you for your attention to this matter. If you would like to discuss this in more detail, please feel free to contact me.

December 12, 2017
Page 2

Best regards,

Gregory P. Goheen

GPG/klb
Enclosure