# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

SUSAN M. MILES,

        **Plaintiff,**

v.                                              Case No. 17-2685-DDC-TJJ

UNIFIED SCHOOL DISTRICT NO. 500,
KANSAS CITY, KANSAS,
VALERIE CASTILLO,

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**Consistent with the Memorandum and Order (Doc. 80) filed on April 3, 2020, the court dismisses plaintiff's claims with prejudice.  Judgment is entered in favor of USD No. 500 on plaintiff's claims and in USD No. 500's favor on its counterclaims for specific performance and declaratory relief.  USD No. 500's request for injunction relief is denied as moot.**

    04/03/2020                                             TIMOTHY M. O'BRIEN
        Date                                                 CLERK OF THE DISTRICT COURT

                                                                       by:   s/ Megan Garrett
                                                                                  Deputy Clerk