# IN THE UNITED STATES DISRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| Susan M. Miles, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 17-2685-DDC-TJJ |
| | ) |
| Unified School District No. 500, | ) |
| Kansas City, Kansas and | ) |
| Valerie Castillo, | ) |
| | ) |
| Defendants. | ) |

# **NOTICE OF APPEAL**

Notice is hereby given that Susan Miles, Plaintiff in the above-named case, appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered on April 3, 2020 in favor of Defendant USD No. 500 on Plaintiff's claims and in favor of Defendant USD No. 500 on its counterclaims for specific performance and declaratory relief.

Respectfully submitted,

*/s/   Michael Stipetich*
Michael Stipetich        KS # 21453
Smith Mohlman Injury Law, LLC
701 E. 63rd Street, 3rd Floor
Kansas City, Missouri 64110
816.866.7711(office)
816.866.7715(fax)
stip@accidentlawkc.com
Attorneys for Plaintiff

## Certificate of Service

      I hereby certify that, on April 10, 2019, a true and correct copy of the above and foregoing was served by electronic filing with the Clerk of the Court using the CM/ECF system, which automatically sent email notification of such filing to all counsel of record in the case, each of whom are registered users of the court's electronic filing system.

                                  */s/Michael Stipetich*
                                  Attorney for Plaintiff