2448.3199

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **SUSAN MILES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | **Case No. 17-2685-DDC-TJJ** |
| ) | |
| **UNIFIED SCHOOL DISTRICT NO. 500,** ) | |
| **KANSAS CITY, KANSAS and** ) | |
| **VALERIE CASTILLO,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW attorney Kelli M. Broers of McAnany, Van Cleave & Phillips, P.A., and hereby withdraws as counsel of record for Defendants pursuant to D. Kan. 83.5.5(b).  Gregory P. Goheen and Byron A. Bowles, Jr., shareholders with the same firm, will continue their representation of the Defendants in this matter.  In addition to service of this Notice on counsel of record and any *pro se* parties, a copy of this Notice has been mailed to, or otherwise served pursuant to D.Kan. 83.5.5(b) on the Defendants.

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS
10 East Cambridge Circle Drive, Suite 300
Kansas City, Kansas  66103
Telephone:     (913) 371-3838
Facsimile:     (913) 371-4722
Email:  ggoheen@mvplaw.com
            kbroers@mvplaw.com


By: /s/ Kelli M. Broers
    Gregory P. Goheen     #16291
    Byron A. Bowles, Jr.  #16579
    Kelli M. Broers       #23906

Attorneys for Defendants Unified School District No. 500, Wyandotte County, Kansas, and Valerie Castillo

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which provided notice to the following individuals on this the 11th day of May, 2020.

Michael Stipetich
Smith Mohlman Injury Law, LLC
4600 Madison Avenue, Suite 71
Kansas City, MO 64112

Attorneys for Plaintiff


   /s/ Kelli M. Broers